# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2014

149124

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re D.A. ZANONI, Minor

SC: 149124
COA: 317937
Oakland CC Family Division:
11-788328-NA

_____/

On order of the Court, the application for leave to appeal the March 25, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2014



Clerk

h0429